# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON RUIZ,** <br>         **Plaintiff,** <br>     v. <br> **K. ROBINSON,** *et al.***,** <br>         **Defendants.** | NO. CV 17-6112-FMO (KS) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's objections to the Report ("Objections").. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Complaint is DISMISSED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: January 10, 2018                        _____/s/_____
                                                               FERNANDO M. OLGUIN
                                                    UNITED STATES DISTRICT JUDGE