**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON RUIZ,** | )   **NO. CV 17-6112-FMO (KS)** |
|           **Plaintiff,** | ) |
|      **v.** | )   **JUDGMENT** |
| | ) |
| **K. ROBINSON,** *et al.***,** | ) |
|           **Defendants.** | ) |
| _____ | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    January 10, 2018

                              _____/s/_____
                                FERNANDO M. OLGUIN
                          UNITED STATES DISTRICT JUDGE